## FUNDS LAUNDERED CALCULATION

| | |
|---|---|
| $5,841,042 | Total Priority One Billing During Conspiracy (Trial Exhibit 1-073) |
| $ 1,543,479 | Total Mountaineer Billing During Conspiracy (Government Exhibit S-22 |
| **$ 7,384,521** | **Total Combined Clinic Billing During Conspiracy** |
| ($ 444,576) | Credit for "Legitimate MD Services" at Priority One |
| | 1684 initial MD visits @ $90.00 = **$151,560** (Trial Exhibits 1-073 and 3-003) |
| | 5052 subsequent visits @ $58.00= **$293,016** (Trial Exhibits 1-073; 3-003; 2-005 and 2-014-038) |
| ($2,125,288) | Credit for "Legitimate DC Services" at Priority One |
| | 24,151 DC visits @ $88.00 = **$2,125,288** (Trial Exhibit 1-073 ) |
| ($ 971,872) | Credit for Legitimate DC Services at Mountaineer |
| | 11,044 DC Visits @ $88 = **$971,872** (Government Exhibit S-22) |
| **$3,842,785** | **Balance After Credits of Legitimate Services** |
| x    .61 | (Trial Exhibits 1-073, 1-038, 1-039, 1-040, 1-041, and 1-058-008) |
| **$2,344,099** | **Balance after Billed to Received Ratio** |
| ($ 181,455) | Credit for Cash Billed by Priority One |
| ($ 246,410) | Credit Cash Billed by Mountaineer |
| **$1,916,234** | **TOTAL FUNDS LAUNDERED AFTER ALL CREDITS** |

Attachment A