UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RONALD L. HALSTEAD § | |
| § | |
| Plaintiff § | |
| § | |
| V. § | |
| § | Civil Action No. 1: 08 civ 135 |
| § | Criminal Action No. 1: 01 cr. 45 |
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| Defendant § | |

NOTICE OF APPEAL

Petitioner Ronald Halstead, by undersigned counsel, hereby appeals the Order Denying his Amended 28 U.S.C. 2255 petition dated July 16, 2009. By order entered July 30, 2009, the district court granted Petitioner's request for a certificate of appealability.

Respectfully Submitted

s/_____
Richard Jaffe
3200 Southwest Frwy. Suite 3200
Houston Texas, 77027
713-626-3550
713-626-9420
Attorney for Petitioner Ronald Halstead

s/_____
Brian J. Kornbrath,
FEDERAL PUBLIC DEFENDER OFFICE
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
Fax. (304) 622-4631
Local counsel

**CERTIFICATION OF SERVICE**

I hereby certify that on August 4, 2009, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Robert H. McWilliams, Criminal Chief, United States Attorney Office, P.O. Box 591, Wheeling, West Virginia 26003, (304) 234-0100.

By: s/_____

Brian J. Kornbrath
WV State Bar No. 7330
Attorney for Defendant
Federal Public Defender
Office 230 West Pike
Street; Suite 360
Clarksburg, West Virginia
26301
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail. Brian_Kornbrath@fd.org